UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    MICHAEL B. WHITE and
    DARLA K. WHITE,                              Case No. 13-21977-dob
       Debtor.                                         Chapter 7 Proceeding
                                                      Hon. Daniel S. Opperman
_____/

MICHAEL B. WHITE,
       Plaintiff,

v.                                                               Adv. Proc. No. 21-02033-dob

MICHAEL RINESS, ELIZABETH RINESS, AND
JPMORGAN CHASE BANK, N.A.,
       Defendants.
_____/

<u>ORDER DENYING PLAINTIFF MICHAEL WHITE'S MOTION FOR LEAVE TO FILE
AMENDED ADVERSARY PROCEEDING COMPLAINT, GRANTING DEFENDANT
JPMORGAN CHASE BANK, N.A.'S RENEWED MOTION TO DISMISS, AND FOR A
LITIGATION INJUNCTION, AND DENYING MOTION FOR SANCTIONS</u>

For the reasons stated in an Opinion of even date;

IT IS ORDERED THAT Plaintiff Michael White's Motion for Leave to File Amended Adversary Proceeding Complaint is DENIED.

IT IS FURTHER ORDERED that Defendant JPMorgan Chase Bank, N.A.'s Renewed Motion to Dismiss, as concurred with by Defendants Michael and Elizabeth Riness, is GRANTED and Counts 7, 9, 11 and 12 are DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff Michael White must first seek and obtain leave of the Court before filing any additional claims or causes of action against JPMorgan Chase Bank, N.A. and/or Michael and Elizabeth Riness arising out of the facts and circumstances described in

1

this Motion. This Order does not require Plaintiff Michael White to seek and obtain leave of this Court to file a claim of appeal or seek a writ of certiorari.

IT IS FURTHER ORDERED that the Motion for Sanctions of JPMorgan Chase Bank, N.A., as concurred with by Michael and Elizabeth Riness is DENIED, WITHOUT PREJUDICE.

**Signed on December 28, 2023**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge